IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————————

No. 97-11232
Summary Calendar

———————————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WILLIAM D. BROSSEAU,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:96-CR-315-1-X
- - - - - - - - - -

November 17, 1998
Before EMILIO M .GARZA, DeMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

William D. Brosseau appeals his sentence for fraudulently selling securities in interstate commerce, in violation of 15 U.S.C. §§ 77q(a), 77x.  He contends that his counsel was ineffective at sentencing and that the district court denied him a meaningful allocution pursuant to Fed. R. Crim. P. 32(c)(3)(C). Neither argument has merit.  The record is not sufficiently developed regarding the ineffective-assistance-of-counsel claim, which is being raised for the first time in this court. Accordingly, this court will not reach the merits of the claim.

———————————————

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

See United States v. Higdon, 832 F.2d 312, 314 (5th Cir. 1987).

As for meaningful allocution, the record shows that Brosseau was afforded several opportunities to address the court on any matter of his choice, and he did so at length. The district court did not deny Brosseau a meaningful allocution. See United States v. Myers, 150 F.3d 459, 461-62 (5th Cir. 1998).

AFFIRMED.